UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSS LANVIN,<br><br>Defendant. | **INDICTMENT**<br><br>25 Cr.<br><br>25 CRIM 106 |

### COUNT ONE
**(Possession of Child Pornography)**

The Grand Jury charges:

1.   In or about December 2024, in the Southern District of New York and elsewhere, ROSS LANVIN, the defendant, knowingly possessed and accessed with intent to view, and attempted to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, LANVIN possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, on his cloud-based storage account accessed in Manhattan, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

### COUNT TWO
**(Possession of Child Pornography)**

The Grand Jury further charges:

2.   In or about February 2025, in the Southern District of New York and elsewhere,

ROSS LANVIN, the defendant, knowingly possessed and accessed with intent to view, and attempted to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, LANVIN possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, on his computer and tablet in Manhattan, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## FORFEITURE ALLEGATION

3.      As a result of committing the offense alleged in Counts One and Two of this Indictment, ROSS LANVIN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

*Matthew Podolsky/spr*
_____
MATTHEW PODOLSKY
Acting United States Attorney