

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 1, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Ross Lanvin*, 25 Cr. 106 (JPC)

Dear Judge Cronan:

      The Government writes on behalf of both parties to respectfully request that the Court adjourn the August 4, 2025 status conference in this matter until September 29, 2025 at 3:00 p.m.

      Since the parties' last appearance, the Government has produced discovery, including certain materials in redacted form, and has made the devices seized from the defendant and warrant returns containing child sexual abuse material available for defense counsel to review. The Government also has completed its responsiveness review of the devices seized from the defendant. The proposed adjournment will allow the defense time to continue to review these materials, including any materials that must be viewed at law enforcement facilities due to their content and cannot feasibly be produced in redacted form.

      The Government also respectfully requests that the time between today and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to review discovery and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel consents to this request.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney
                                        Southern District of New York

By: _____
                                        Lauren E. Phillips
                                        Assistant United States Attorney
                                        (212) 637-2231

cc:  Marne Lenox, Esq. (by ECF)

The request is granted. The conference originally scheduled for August 4 is adjourned to September 29, 2025, at 3:00 p.m., in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time is excluded under the Speedy Trial Act from August 4, 2025 until September 29, 2025 pursuant to 18 U.S.C. 3161(h)(7), to allow Defendant to review discovery and to provide the parties an opportunity to discuss the possibility of a pretrial resolution of this case.

SO ORDERED
August 1, 2025
New York, New York

JOHN P. CRONAN
United States District Judge