**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 23, 2025

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Ross Lanvin*, 25 Cr. 106 (JPC)

Dear Judge Cronan:

      The Government writes on behalf of both parties to respectfully request that the Court adjourn the November 25, 2025 status conference in this matter for at least 45 days. The extension will, among other things, allow the defendant additional time to review discovery at Government facilities. The defense is unavailable after 3:30 p.m. on Mondays and Wednesdays.

      The Government also respectfully requests that the time between today and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to continue reviewing discovery and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel consents to this request.

The request is granted. The conference is adjourned to January 9, 2026, at 10:00 a.m. At that time, the parties should appear in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time is excluded under the Speedy Trial Act from November 25, 2025 until January 9, 2026 pursuant to 18 U.S.C. § 3161(h)(7)(A), to allow Defendant to review discovery and to allow the parties an opportunity to discuss the possibility of a pretrial resolution of this case.

SO ORDERED
November 24, 2025

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

cc: Marne Lenox, Esq. (by ECF)