

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 19, 2026

<u>BY ECF</u>
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    *United States v. Ross Lanvin*, 25 Cr. 106 (JPC)

Dear Judge Cronan:

The Government writes on behalf of both parties to respectfully request that the Court adjourn the February 23, 2026 status conference in this matter for at least 45 days.  The extension will, among other things, allow the Government time to review and identify additional responsive materials and allow the defendant time to review discovery at Government facilities.  The Government understands that defense counsel is unavailable Tuesday mornings and after 4 p.m. on Mondays and Wednesdays, and between April 2 and April 10.

The Government also respectfully requests that the time between today and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to review discovery and discuss the possibility of a pretrial resolution of this case.  Defense counsel consents to this request.

The request is granted.    The conference is adjourned to April 15, 2026, at 10:00 a.m.  At that time, the parties should appear in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time is excluded under the Speedy Trial Act until April 15, 2026 pursuant to 18 U.S.C. § 3161(h) (7)(A), to allow the parties time to review discovery and to discuss the possibility of a pretrial resolution of this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

cc: Marne Lenox, Esq. (by ECF)

SO ORDERED
February 20, 2026

JOHN P. CRONAN
United States District Judge