

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2026

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> The conference scheduled for May 21, 2026 is adjourned until July 10, 2026, at 10:00 a.m. At that time, the parties should appear in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time is excluded under the Speedy Trial Act until July 10, 2026 pursuant to 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue discovery and to discuss the possibility of a pretrial resolution of this case. The Clerk of Court is respectfully directed to close Dkts. 20, 24 and 27.
>
> SO ORDERED
> May 20, 2026
> JOHN P. CRONAN
> United States District Judge

Re:    *United States v. Ross Lanvin*, 25 Cr. 106 (JPC)

Dear Judge Cronan:

The Government writes on behalf of both parties to respectfully request that the Court adjourn the May 21, 2026 status conference to July 10, 2026 at 10:00 a.m. The extension will, among other things, allow the defendant time to review discovery at Government facilities and allow the parties to discuss a potential pretrial resolution.

The Government also respectfully requests that the time between today and the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to review discovery and discuss the possibility of a pretrial resolution of this case, as noted above. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

cc: Marne Lenox, Esq. (by ECF)