UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ROSS LANVIN,

Defendant.

---------------------------------------------------------------------X

25 Cr. 106 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

As discussed at the conference held earlier today, it is hereby ordered that Mr. Lanvin's bail conditions are modified to require that he participate in intensive outpatient drug treatment at Samaritan Daytop Village, with Pretrial Services to determine the frequency and duration.

SO ORDERED.

Dated: September 23, 2026
New York, New York

JOHN P. CRONAN
United States District Judge