UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ROSS LANVIN,

Defendant.

---------------------------------------------------------------------X

25 Cr. 106 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

As discussed at the conference held earlier today, it is hereby ordered that Mr. Lanvin's conditions of pretrial supervision are modified to require that he participate in inpatient drug treatment for a minimum of 28 days at a facility to be identified by Pretrial Services. The parties shall submit an update seven days before that treatment ends advising the Court of their positions regarding whether residential treatment should be continued. Pretrial Services shall inform the Court if it is unable to identify a facility capable of offering residential treatment for a 28-day period.

The electronic monitoring condition is suspended while Mr. Lanvin is in residential treatment and shall be reimposed upon his discharge or departure from the facility.

SO ORDERED.

Dated: October 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge