UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROSS LANVIN,

Defendant.

25 Cr. 106 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The request of Mr. Lanvin and of Pretrial Services is granted. *See* Dkt. 31. Mr. Lanvin's conditions of pretrial supervision are modified by vacating the requirement that he complete the remaining fourteen days of inpatient treatment. *See* Dkt. 30. The remaining conditions, including the electronic monitoring condition, remain in place. The Clerk of Court is respectfully directed to close Dkt. 31.

SO ORDERED.

Dated: November 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge